AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | **3:10 MJ 7020** |
| JEFFERY L. CLEMENS | ) | Case No. 10H-1016-JGD |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JEFFERY L. CLEMENS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Interstate Communications containing a threat to injure the person of another.
18 U.S.C. Section 875(c)

Date: 3/16/10

_Issuing officer's signature_

City and state: Boston, MA

Judith Dein US Magistrate Judge
_Printed name and title_

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

Date: _____

_Arresting officer's signature_

_Printed name and title_